October 17, 1980:

429 A.2d 89

## Commonwealth v. Bodge, Appellant.

Submitted December 6, 1979. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Order affirmed.

EAGEN, C. J. filed a memorandum concurring opinion.

WICKERSHAM, J. filed a memorandum concurring statement.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania is sitting by designation.

This decision was reached prior to the retirement of EAGEN, C. J.